# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **REH COMPANY, LLC,** | ) |
| | ) |
| *Petitioner*, | ) |
| | ) |
| v. | ) Case No. 25-1276 |
| | ) |
| **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,** | ) |
| | ) |
| *Respondent*. | ) |

## PETITION FOR REVIEW

Pursuant to Section 307(b)(1) of the Clean Air Act, 42 U.S.C. § 7607(b)(1); the Administrative Procedure Act, 5 U.S.C. § 706(2); Rule 15(a) of the Federal Rules of Appellate Procedure; and D.C. Circuit Rule 15, REH Company, LLC ("REH") petitions this Court for review of a final action of the Administrator of the United States Environmental Protection Agency ("EPA"). *See November 2025 Decisions on Petitions for RFS Small Refinery Exemptions*, EPA-420-R-25-013. Notice of EPA's *November 2025 Decisions* was published in the Federal Register on November 20, 2025. 90 Fed. Reg. 52385 (November 20, 2025). A copy of EPA's decision is attached as Exhibit A. REH also provides as Exhibit B herein a copy of the sealed Appendix G of EPA's decision concerning Sinclair Casper Refining Company's refinery in Casper, Wyoming, and as Exhibit C herein a copy of the

sealed Exhibit H of EPA's decision concerning Sinclair Wyoming Refining Company's refinery in Sinclair, Wyoming.

This Court has jurisdiction pursuant to 42 U.S.C. § 7607(b)(1).

| | |
|---|---|
| Date: December 3, 2025 | Respectfully submitted,<br><br> /s/ *Brittany M. Pemberton*<br>Brittany M. Pemberton<br>Jeffrey R. Holmstead<br>BRACEWELL LLP<br>2001 M Street NW, Suite 900<br>Washington, DC 20036<br>(202) 828-5800 (telephone)<br>(202) 857-4812 (facsimile)<br>Brittany.Pemberton@bracewell.com<br>Jeff.Holmstead@bracewell.com<br><br>**Counsel for Petitioner** |

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **REH COMPANY, LLC,** )<br>)<br>*Petitioner*, )<br>)<br>v. )<br>)<br>**UNITED STATES ENVIRONMENTAL** )<br>**PROTECTION AGENCY,** )<br>)<br>*Respondent*. ) | Case No. 25-1276 |

## RULE 26.1 STATEMENT

REH Company, LLC ("REH") submits this corporate disclosure statement pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1. REH certifies that it is a wholly-owned subsidiary of REH Advisors Inc., a privately held corporation with no parent corporation.

Until March 14, 2022, REH, then known as The Sinclair Companies, was the sole owner of the Sinclair Oil Corporation, which in turn owned Sinclair Wyoming Refining Company ("SWRC") and Sinclair Casper Refining Company ("SCRC"). On that date, the Company merged Sinclair Oil Corporation with HollyFrontier Corporation, resulting in the creation of HF Sinclair Corporation. As the company responsible for compliance with the RFS Program prior to the closing of the merger, REH is contractually entitled to seek small refinery exemption petitions for SWRC and SCRC for all other periods prior to March 14, 2022.

Date: December 3, 2025    Respectfully submitted,

 /s/ Brittany M. Pemberton
Brittany M. Pemberton
Jeffrey R. Holmstead
BRACEWELL LLP
2001 M Street NW, Suite 900
Washington, DC 20036
(202) 828-5800 (telephone)
(202) 857-4812 (facsimile)
Brittany.Pemberton@bracewell.com
Jeff.Holmstead@bracewell.com

**Counsel for Petitioner**

# CERTIFICATE OF SERVICE

  Pursuant to Federal Rules of Appellate Procedure 3(d), 15, and 25, D.C. Circuit Rules 15(a) and 25, and 40 C.F.R. § 23.12(a), I hereby certify that the foregoing Petition for Review and Rule 26.1 Statement have been served by United States certified mail, return receipt requested, this 3rd day of December, 2025, upon each of the following:

  Hon. Lee Zeldin, Administrator
  U.S. Environmental Protection Agency
  1200 Pennsylvania Avenue, NW
  Washington, DC 20460

  Correspondence Control Unit
  Office of General Counsel (2311)
  U.S. Environmental Protection Agency
  1200 Pennsylvania Avenue, NW
  Washington, DC 20460

  Hon. Pamela Bondi
  Attorney General of the United States
  U.S. Department of Justice
  950 Pennsylvania Avenue, NW
  Washington, DC 20530

  Hon. Adam R.F. Gustafson
  Acting Assistant Attorney General
  Environmental and Natural Resources Division
  U.S. Department of Justice
  950 Pennsylvania Avenue, NW
  Washington, DC 20530

           */s/ Brittany M. Pemberton*
           Brittany M. Pemberton